UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br><br>Defendant. | Civil Action No. 19-cv-12430-MLW |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(e)(2) of the District of Massachusetts, Exxon Mobil Corporation ("ExxonMobil") hereby moves that attorneys Theodore V. Wells, Jr. and Daniel J. Toal of Paul, Weiss, Rifkind, Wharton & Garrison, LLP, and Patrick J. Conlon of ExxonMobil Corporation be granted leave to appear and practice *pro hac vice* in the United States District Court for the District of Massachusetts in this case.  As grounds for this motion, ExxonMobil states:

1. On November 29, 2019, Thomas C. Frongillo and Christina N. Lindberg of Pierce Bainbridge Beck Price & Hecht LLP, both of whom are members in good standing of the bar of this Court, each filed a Notice of Appearance in this matter on behalf of ExxonMobil.

2. Attorney Theodore V. Wells, Jr.'s certification pursuant to L.R. 83.5.3(e)(3) is attached as Exhibit A.

3. Attorney Daniel J. Toal's certification pursuant to L.R. 83.5.3(e)(3) is attached as Exhibit B.

4. Attorney Patrick J. Conlon's certification pursuant to L.R. 83.5.3(e)(3) is attached as Exhibit C.

5.      As certified below, ExxonMobil has conferred with counsel for the Plaintiff, the Commonwealth of Massachusetts, who has no objection to this motion.

## **CONCLUSION**

For these reasons, ExxonMobil respectfully requests that the Court grant attorneys Theodore V. Wells, Jr., Daniel J. Toal, and Patrick J. Conlon leave to appear and practice *pro hac vice* in this Court in this case.

DATE: December 4, 2019

Respectfully submitted,

EXXON MOBIL CORPORATION,

By its attorneys,

/s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
Christina N. Lindberg (BBO# 690443)
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
One Liberty Square, 13th Floor
Boston, MA 02109
Tel: (617) 401-7289
tfrongillo@piercebainbridge.com
clindberg@piercebainbridge.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that, pursuant to L.R. 7.1(a)(2), counsel for ExxonMobil conferred with counsel for the Plaintiff, Commonwealth of Massachusetts, regarding the relief requested in this motion, and Plaintiff has no objection.

/s/ Thomas C. Frongillo
Thomas C. Frongillo

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was served upon the Attorney General's Office by e-mail and by U.S. Mail on this 4th day of December 2019.

/s/ Thomas C. Frongillo
Thomas C. Frongillo