UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EXXON MOBIL CORPORATION,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 19-12430-WGY |

**PLAINTIFF COMMONWEALTH OF MASSACHUSETTS'S MOTION FOR REMAND TO THE MASSACHUSETTS SUPERIOR COURT FOR SUFFOLK COUNTY**

Pursuant to 28 U.S.C. § 1447(c), the Plaintiff Commonwealth of Massachusetts ("Commonwealth") respectfully moves the Court to enter an order remanding this action to the Massachusetts Superior Court for Suffolk County. As grounds for this motion, the Commonwealth states that removal was improper because the Commonwealth's Complaint does not raise any federal claims and the Massachusetts state courts are the appropriate forum for adjudicating the Commonwealth's exclusively state law claims. For the reasons set forth in the accompanying Memorandum of Law, the Commonwealth respectfully requests that the Court grant its Motion.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel for the Plaintiff Commonwealth certifies that counsel for the Commonwealth conferred with counsel for Defendant Exxon Mobil Corporation on December 20, 2019. Counsel for the Defendant represented that it does not consent to this Motion.

Respectfully Submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorneys,

MAURA HEALEY
ATTORNEY GENERAL

| | |
|---|---|
| Christophe G. Courchesne, <br> BBO No. 660507 <br> *Chief, Environmental Protection Division* <br>    christophe.courchesne@mass.gov <br> Glenn Kaplan, BBO No. 567308 <br> *Chief, Insurance and Financial Services Division* <br>    glenn.kaplan@mass.gov <br> Shennan Kavanagh, BBO No. 655174 <br> *Deputy Chief, Consumer Protection Division* <br>    shennan.kavanagh@mass.gov <br> I. Andrew Goldberg, BBO No. 560843 <br>    andy.goldberg@mass.gov <br> Timothy Reppucci, BBO No. 678629 <br>    timothy.reppucci@mass.gov <br> *Assistant Attorneys General* <br><br> Dated: December 26, 2019 | /s/ Christophe G. Courchesne <br> Richard A. Johnston, BBO No. 253420 <br> *Chief Legal Counsel* <br>    richard.johnston@mass.gov <br> Melissa A. Hoffer, BBO No. 641667 <br> *Chief, Energy and Environment Bureau* <br>    melissa.hoffer@mass.gov <br> Matthew Q. Berge, BBO No. 560319 <br> *Senior Trial Counsel, Public Protection and Advocacy Bureau* <br>    matthew.berge@mass.gov <br> James A. Sweeney, BBO No. 543636 <br> *State Trial Counsel* <br>    jim.sweeney@mass.gov <br><br> OFFICE OF THE ATTORNEY GENERAL <br> One Ashburton Place, 18th Floor <br> Boston, Massachusetts 02108 <br> (617) 727-2200 |

**CERTIFICATE OF SERVICE**

I, Christophe G. Courchesne, certify that the foregoing document, which was filed on this day through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 /s/ Christophe G. Courchesne
Christophe G. Courchesne