# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action
No: <u>19-12430-WGY</u>

Commonwealth of Massachusetts
**Plaintiff**

v.

Exxon Mobil Corporation
**Defendant**

## ORDER OF REMAND

YOUNG, D.J.

In accordance with the Court's Order entered on March 17, 2020, granting [13] plaintiff's motion to remand, the above-entitled action is hereby REMANDED to Suffolk Superior Court.

By the Court,

<u>/s/ Jennifer Gaudet</u>
Deputy Clerk

March 18, 2020